ND/GA PROB 12A
(6/12)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

## Petition and Order to Terminate Supervised Release

Offender: **Maria Madrigal**     Docket No. **2:14-CR-038-02-RWS**

Judicial Officer:   **The Honorable Richard W. Story**
                    **Senior United States District Judge**

Original Sentence Date: **January 8, 2016**

Sentencing District: **Northern District of Georgia**

Original Offense: **Conspiracy to Defraud the Government in Respect to Claim, 18 U.S.C. § 286, and Aggravated Identity Theft, 18 U.S.C §§ 1028A(a)(1) & 1028A(b)(2)**

Original Sentence: **Imprisoned for a term of 36 months. Upon release from imprisonment the defendant shall be on supervised release for a term of three (3) years. Special conditions include: Special Assessment fee of $200.00, DNA collection, firearms restriction, search condition, and restitution in the amount of $180,950 to be paid at the monthly rate of $300 plus gross monthly income in excess of $2300, and added conditions of financial disclosure and no new credit.**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **09/14/2018**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. Madrigal has completed 18 months of the Court imposed 3 year (36 months) term of supervised release. She is compliant with all standard and special conditions.

PRAYING THAT THE COURT WILL ORDER the remainder of the supervised release imposed upon Maria Madrigal in the above case be terminated.

Respectfully submitted,

*Amanda Hornbeck*

_____  04/06/2020___
Amanda R. Hornbeck         Date
U. S. Probation Officer

*Tony W. Poole*  04/06/20
Tony W. Poole            Date
Supervising U. S. Probation Officer

Page 2
MADRIGAL, Maria

---

THE COURT ORDERS:

☑ Supervision Terminated

☐ Other:

_____
The Honorable Richard W. Story
Senior U. S. District Court Judge

_____4/7/20_____
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
PROBATION OFFICE

T. SCOTT HUDSON
CHIEF PROBATION OFFICER
900 U. S. COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GEORGIA 30303-3309
(404) 215-1950

REPLY TO:
U.S. COURTHOUSE
121 SPRING STREET SE ROOM G-12
GAINESVILLE, GA 30501
678-450-2705

April 6, 2020

The Honorable Richard W. Story
Senior U.S. District Court Judge
Northern District of Georgia
Gainesville Division

RE: MADRIGAL, Maria
Docket No.: 2:14-CR-038-02-RWS
**Early Termination Request**

Dear Judge Story:

On January 8, 2016, Maria Madrigal was sentenced in the Northern District of Georgia for the offense of Conspiracy to Defraud the Government in Respect to Claim, 18 U.S.C. § 286 and Aggravated Identity Theft, 18 U.S.C. §§ 1028A(a)(1) & 1028A(b)(2). The sentence imposed was 36 months incarceration followed by three (3) years supervised release and $200 special assessment. Special conditions to include firearms restriction, DNA collection, search condition, restitution in the amount of $180,950 to be paid at the monthly rate of $300 plus gross monthly income in excess of $2300, and added conditions of financial disclosure and no new credit.

**PREVIOUS VIOLATIONS**

None.

**CURRENT STATUS:**

Ms. Madrigal began her term of supervised release on September 14, 2018, in the Northern District of Georgia. Ms. Madrigal resides with her son at 3056 Jasmine Court, Gainesville, GA 30507.

Ms. Madrigal has complied with the standard conditions imposed by the Court and is in accordance with her restitution payment schedule. Ms. Madrigal appears to have become a productive member of society. She has completed 18 months of her 36 month term of supervised release (expiration 09/13/2021). Based upon her compliance with all conditions of release and her stability of maintaining employment with Signature Staffing since her release from incarceration, it is recommended that Ms. Madrigal be considered for early termination.

This officer contacted AUSA Jennifer Keen about this consideration for early termination, and Ms. Keen has no objections.

A Petition and Order to Terminate Supervised Release is attached for Your Honor's review. If I may provide additional information, please contact me at (678)450-2742.

Page 2
MADRIGAL, Maria

Respectfully submitted,

*Amanda Hornbeck*

_____  04/06/2020
Amanda R. Hornbeck            Date
U. S. Probation Officer

*Tony W. Poole*  04/06/20
_____
Tony W. Poole                 Date
Supervising U. S. Probation Officer

---

**THE COURT ORDERS:**

☑ Agree with Probation Officer's Recommendation.

☐ Other:

_____  4/7/20
The Honorable Richard W. Story    Date
Senior U. S. District Court Judge